IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REGINALD DEMONT JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-08-618-R |
| ) | |
| MIKE ADDISON, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Before the Court are the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 14, 2008, [Doc. No. 11] and an untitled document filed by Petitioner on August 20, 2008, [Doc. No. 12], which the Court construes as Petitioner's Objection to the Report and Recommendation. In the Report and Recommendation, Judge Purcell recommended that the petition for writ of habeas corpus be dismissed as time-barred.

Upon review, Petitioner's objection does not provide a basis for tolling the statute of limitations and therefore, the Report and Recommendation of the Magistrate Judge [Doc. No. 11], which the Court has reviewed *de novo* in light of Petitioner's Objection, is ADOPTED in its entirety, and the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 herein is DISMISSED.

IT IS SO ORDERED this 11th day of September, 2008.

*David L. Russell* (signature)
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE